1  Joseph G. Went, Esq.
   Nevada Bar No. 9220
2  Sydney R. Gambee, Esq.
   Nevada Bar No. 14201
3  HOLLAND & HART LLP
   9555 Hillwood Drive, 2nd Floor
4  Las Vegas, Nevada 89134
   Tel:  (702) 669-4600
5  Fax: (702) 669-4650
   Email: jgwent@hollandhart.com
6         srgambee@hollandhart.com

7  *Attorneys for Plaintiff*
   *Talmer Bank and Trust*

8

## UNITED STATES DISTRICT COURT

9

### DISTRICT OF NEVADA

10

| | |
|---|---|
| 11   TALMER BANK AND TRUST, a Michigan state-chartered bank, | CASE NO.:  2:16-cv-01195-JAD-GWF |
| 12           Plaintiff, | **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |
| 13   v. | ECF NO. 23 |
| 14   ROBBILYN FORTSON, an individual; KIMTARI FORTSON, an individual; and, DOES I through, | |
| 16         Defendants. | |

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

Page 1 of 2

8833084_1

*(left margin)* Holland & Hart LLP  9555 Hillwood Drive, 2nd Floor  Las Vegas, Nevada 89134  Phone: (702) 669-4600 ♦ Fax: (702) 669-4650

**STIPULATION**

Plaintiff Talmer Bank and Trust and Defendants RobbiLyn Fortson and KimTari Fortson hereby stipulate and agree that this action shall be dismissed with prejudice.  Each party shall bear her/its own attorney's fees, prejudgment interest, and costs of suit.

DATED this 4 day of April , 2017.          DATED this 3 day of April , 2017.

By: _Sydney Gambee_                                    _RobbiLyn Fortson signature_
Joseph G. Went, Esq.                                   RobbiLyn Fortson
Sydney R. Gambee, Esq.                                 2011 Goldhill Avenue
HOLLAND & HART LLP                                     Las Vegas, Nevada 89106
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134                                   *Pro Se Defendant*

*Attorneys for Plaintiff*
*Talmer Bank and Trust*

DATED this ___ day of _____2017.

_KimTari Fortson signature_
KimTari Fortson
729 Miller Avenue
North Las Vegas, Nevada 89030

*Pro Se Defendant*

**ORDER**

Based on the parties' stipulation [ECF No. 23] and good cause appearing, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each party to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

UNITED STATES DISTRICT COURT JUDGE
DATED: _____4-4-17_____

Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: (702) 669-4600 ♦ Fax: (702) 669-4650

Page 2 of 2

8833084_1